**IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**

MYA DINH                                          *
4519 GARFIELD STREET                              *
HYATTSVILLE, MD 20781                             *
                                                 *
                  Plaintiff                       *
                                                 *
            v.                                    *    Case No.: CAL20-1473
                                                 *
WASHINGTON METROPOLITAN AREA                      *
 TRANSIT AUTHORITY                                *
600 5th STREET, NW                                *
WASHINGTON, DC 20001                              *
                                                 *
SERVE ON:                                         * *
WMATA                                             *
DEPARTMENT OF GENERAL COUNSEL                     *
600 5th STREET, NW                                *
WASHINGTON, DC 20001                              *
                                                 *
                  Defendant                       *

## COMPLAINT

COMES NOW, Mya Dinh, Plaintiff, by and through Wilson & Parlett and Ryan P. Richie, her attorneys, brings this Complaint against Washington Metropolitan Area Transit Authority (hereinafter referred to as "WMATA"), Defendant, and, for cause, says:

1.    That Plaintiff is an adult resident of Prince George's County, Maryland.

2.    That Defendant, WMATA, is an interstate Compact agency created by Chapter 869 of the Laws of Maryland, 1965.  See §10-204, Transportation Article, Maryland Code.

WILSON & PARLETT
14513 Main Street
UPPER MARLBORO, MD
20772
(301) 952-1311

1

3.    That Defendant WMATA, at all times pertinent hereto, was the owner of the Metrobus being operated by an unknown driver and that unknown driver was operating said Metrobus with Defendant WMATA's permission and consent.

4.    That on or about August 22, 2017, Plaintiff was a passenger on the Metrobus ("F8") being operated by an unknown driver travelling from Prince George's Plaza towards Cheverly.

5.    Plaintiff had pressed the stop request button to exit the Metrobus at westbound Jefferson Street at the intersection with Baltimore Avenue.  The bus stopped and Plaintiff got up, holding onto the pole at the top of the stairs.

6.    That the unknown driver, who was operating the Metrobus in a careless and negligent manner, including, but not limited to, failing to pay full time and attention, failing to maintain proper control of the bus, failing to keep the bus at a complete stop while passengers were entering and exiting, then and there caused the Metrobus to lurch forward, throwing the Plaintiff forward and onto the lower level of the Metrobus, sustaining significant injuries.

2

## COUNT I - RESPONDEAT SUPERIOR
## MYA DINH v. WMATA

In this, the First Count of the Complaint, Plaintiff, Mya Dinh, sues Defendant, WMATA, for its Respondeat Superior Liability to the Plaintiff and says:

7.   That Defendant, WMATA, was the owner of the Metrobus being operated by unknown driver.

8.   That unknown driver was operating Defendant's Metrobus with the permission of and as an employee of Defendant, WMATA.

9.   That the unknown driver was the agent, servant and/or employee of Defendant, WMATA, and was acting within the scope of his/her agency or employment on behalf of Defendant, WMATA, at the time of the accident.

10.  That the negligence of the unknown driver for which Defendant, WMATA, is liable proximately caused Plaintiff to suffer serious injuries, to suffer great mental anguish, to incur medical expenses, to lose wages or wage-earning capacity.

11.  That all of Plaintiff's damages, past, present, and future were, are, and will be due to, and by reason of this Respondeat Superior liability of Defendant, WMATA, without any negligence or want of due care on the part of the Plaintiff contributing thereto.

3

WHEREFORE, Plaintiff, Mya Dinh, claims damages against Defendant, WMATA, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus the costs of this action.

Respectfully submitted,

WILSON & PARLETT

Ryan P. Richie, RI0462
CPF No.: 9912160073
Attorneys for Plaintiff,
 Mya Dinh
14513 Main Street
Upper Marlboro, MD 20772
301-952-1311
ryan@wilsonandparlett.com

4